IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SANDRA ROSEMARY OLDENBURG | CASE:  23-13858JGR |
| LEE MICHAEL OLDENBURG | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. The Chapter 13 Plan fails to fully treat the priority claim of the Internal Revenue Service (Claim no. 3). 11 U.S.C. § 1322(a)(2).

2. The Debtors should provide proof of the fair market value of real property commonly known as 4904 Silverwood Dr., Johnstown, CO 80534, so the Trustee may conduct a hypothetical liquidation analysis. 11 U.S.C. §§ 1325(a)(3) and 1325(a)(4). Online sources indicate that the value of the subject property is approximately $699,100.00, while the Debtors schedule the value of the property at $650,000.00.

3. Debtors' Statement of Financial Affairs # 4 lists year-to-date combined annual income of $164,810.00, indicating an applicable commitment period of 60 months. While the Amended Plan indicates Debtors are over the median income, the Trustee cannot determine if Debtors' disposable income is accurate as Form 122C-2 has not been filed. 11 U.S.C. §§ 521(a)(1)(B)(iv),1325(a)(3), 1325(b)(2), 1325(b)(4). Further, Part 8.2 indicates Debtors have an applicable commitment period of 36 months.

4. The Chapter 13 Plan appears to be infeasible because the monthly net income on Schedule J ($705.77) is less than the Chapter 13 Plan payment in the amount of $2,366.00. 11 U.S.C. § 1325(a)(6).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

November 17, 2023

Respectfully submitted,

s/Nick Santarelli
Nick Santarelli, #46592
Attorney for Standing Chapter 13 Trustee
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
nsantarelli@ch13colorado.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on November 17, 2023 addressed as follows:

SANDRA ROSEMARY and LEE MICHAEL OLDENBURG
4904 SILVERWOOD DRIVE
JOHNSTOWN, CO 80534

LAW OFFICE OF DAVID M SERAFIN
VIA CM/ECF


\s\ kmp
Chapter 13 Trustee Staff Member