**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Sandra Rosemary Oldenburg, | ) Bankruptcy Case No. 23-13858-JGR |
| Lee Michael Oldenburg | ) |
| | ) |
| Debtor. | ) |

**NOTICE OF MOTION TO ALLOW LATE FILED CLAIM**

**OBJECTION DEADLINE: December 13, 2023**

**YOU ARE HEREBY NOTIFIED** that Carlson Farms Homeowners Association (the "**Association**") , has filed Motion to Allow Late Filed Claim (the "**Motion**"). The Association requests the following relief: that the late-filed claim (at claim no. 30____) in the amount of __$1,200,000.00__ filed November 22, 2023, be deemed timely filed. A copy of the Motion and proposed order is attached.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: November 22, 2023

Respectfully submitted,

*/s/ Robertson B. Cohen*
Robertson B. Cohen, Esq. #35252
Cohen & Cohen, P.C.
1720 S. Bellaire St., Suite 205
Denver, CO 80222
Phone: (303) 933-4529
Fax: (866) 230-8268
rcohen@cohenlawyers.com

*Counsel for Movants*
