**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Sandra Rosemary Oldenburg, | ) | Bankruptcy Case No. 23-13858-JGR |
| Lee Michael Oldenburg | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Carlson Farms Homeowner's Association | ) | |
| , a Colorado nonprofit corporation. | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sandra Oldenburg, Debtor | ) | |
| Adam Goodman, Chapter 13 Trustee | ) | |
| | ) | |
| Respondent(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2023 copies of the Motion for Relief from Stay, Notice of Motion for Relief from Stay and Opportunity for hearing and Proposed Order were electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

David M. Serafin, Counsel for Debtor
Adam Goodman, Chapter 13 Trustee


        */s/     Robertson Cohen*
        Robertson Cohen