# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Sandra Rosemary Oldenburg,** | ) | **Case No. 23-13858 JGR** |
| **SSN: xxx-xx-2332** | ) | **Chapter 13** |
| **Lee Michael Oldenburg,** | ) | |
| **SSN: xxx-xx-0735** | ) | |
| | ) | |
| **Debtors** | ) | |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

**Part 1**  **Report**

The debtors submit the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtors filed for chapter 13 relief on **August 28, 2023**. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on **September 27, 2023**.

**Part 2**  **Notice and Service Date**

The last plan to be noticed and served was dated **November 9, 2023 at docket no. 26.**

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Chapter 13 Plan | 8/28/2023 | 2 |
| Amended Chapter 13 Plan | 11/9/2023 | 26 |
| | | |
| | | |

**Part 3**  **Objections**

× The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 20, 28 |
| Carlson Farms Homeowners Association | 31 |
| | |

AND

× The debtors have complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

**Part 4**  **Summary of Objections**

| Objection | Debtor's response |
|---|---|
| The Chapter 13 Trustee states that the Plan fails to fully fund the IRS' priority tax claim.<br><br>Trustee requests that Debtors provide proof of the fair market value of their primary residence as Debtors listed a FMV of $650,000 whereas online sources indicate a value of $699,100.<br><br>Trustee believes that Debtors are above median income and requests that a Form 122C2 be filed.<br><br>Trustee states that the current Plan is not feasible as net income listed on Schedule J is less than the proposed Plan payment.<br>------------------------------------------------------------------<br>Carlson Farms Homeowners Association ("HOA") states that Debtors' Plan is not feasible as the Plan payment proposes to pay $2,366/month but the current budget only provides for a $700/month surplus.  HOA requests that Debtors provide financial statements for Wife's business NOCO showing the $6,000/month in gross income listed on the Schedules.  HOA also requests personal and business bank statements for Debtors.<br><br>HOA states the Plan was not filed in good faith as it believes Debtors could have instead filed for Chapter 7.  HOA states that Debtors overstate the cost of sale for the jewelry and sporting equipment.  HOA states that this case was filed with the intent of frustrating the HOA's ability to prosecute its state court claims.  HOA also questions Debtors' ability to continue to earn future income. | **The next Amended Plan will fully provide for the IRS priority claim (all priority years were recently assessed on November 14, 2023).**<br><br>**Debtors will provide the Trustee and HOA with a realtor broker price option reflecting the primary residence value.  Any non-exempt equity will be reconciled in the next Amended Plan. (Protecting the house is the** <u>**foremost**</u> **reason a Chapter 13 case was filed, not to frustrate the HOA's prosecution of its disputed claims.)**<br><br>**Counsel will re-confer with Wife regarding the need to document the $6,000/month income listed by Wife on the Schedules.  Bank statements and business financial statements will be provided.  Once counsel reviews these financials, further assessment as to whether Debtors are above median or below median income will be made.  (A Form 122C2 will be filed if Debtors are above median income.)**<br><br>**The most recently filed Amended Plan proposed that Debtors surrender the 2019 Land Rover vehicle (and the accompanying monthly payment) in an attempt to free up as much disposable income for unsecured creditors as possible and also to show Plan feasibility.  Counsel will re-confer with Debtors as to the current monthly budget.**<br><br>**Counsel notes that there are other unsecured creditors besides the HOA for which Debtors are requesting relief (i.e. over $128,000 of other unsecured debt listed in Schedule F that Debtor's cannot afford to pay back).** |

**Part 5**  **Resolution of Objections by Amended Plan**

a.  Filing of Amended Plan.

☒ Debtors are requesting until Thursday, December 21, 2023 to file the Amended Plan and Notice of Amended Plan.

b.  Treatment of Objections by Amended Plan.

☒ Debtors' next Amended Plan is intended to resolve all Objections filed.

c.  Notice of Amended Plan:

☒ Debtors request that Notice of the Amended Plan be limited to the Chapter 13 Trustee, counsel for Carlson Farms HOA, all secured creditors, IRS/CDOR, and any other parties which have specifically requested notice.

d.  Objection Time Period for Amended Plan:

☒ Debtors request a 14 day Objection Deadline.

**Part 6**   **Resolution of Objections by Judicial Determination**

**N/A.**

**Part 7**   **Other Information of Status of Case**

**N/A.**

**Part 8**   **Signature of Debtor's Attorney or Debtor**

Dated this 7th day of December 2023

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Suite 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I have served true and correct copies of the Confirmation Status Report, on this 7th day of December 2023, by ECF service, to the following:

Adam Goodman
Ch. 13 Bankruptcy Trustee

Cohen & Cohen, P.C.
Attorneys for Carlson Farms HOA

/s/ David M. Serafin