**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania Jr.

In re:

Sandra Rosemary Oldenburg
and Lee Michael Oldenburg

Case No.   23-13858-JGR

Chapter 13

Debtor(s).

### ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **2/7/2023** and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan. The Court ORDERS:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2. By **12/21/2023**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan; (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and Previous plan objectors, parties requesting notice, all creditors holding secured and unsecured priority claims, all adversely affected parties, any creditor added to the list of creditors who did not previously receive notice, and other parties designated in the Confirmation Status Report. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3. All pending objections are deemed MOOT. Any party who wishes to object to a future plan must file a new objection by **1/11/2024.**

4. If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4. If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3. Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **1/25/2024.**

5. The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

• **2/1/2024 at 10:00 a.m.**

• Courtroom B, U.S. Custom House, 721 19th Street, Denver, CO 80202

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call. Please dial 833-435-1820 toll free or 833-568-8864 toll free a few minutes prior to commencement of the hearing and then enter the Meeting ID: 161 324 5580. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Clerk's Office at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

6.  If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: December 8, 2023

BY THE COURT:

s/  Joseph G. Rosania Jr.

Joseph G. Rosania Jr.,
Bankruptcy Judge