| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Sandra Rosemary Oldenburg<br>       First Name    Middle Name    Last Name | Case #: | 23-13858-JGR |
| Debtor 2: Lee Michael Oldenburg<br>       First Name    Middle Name    Last Name | Chapter: | 13 |

# Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On November 21, 2023, _Carlson Farms Homeowner's Association, A Colorado nonprofit corporation_ (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, **MOTION BY CARLSON FARMS HOMEOWNER'S ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY** (the "Motion") at docket no. __29___ **[#]**. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on _____11/21/2023 dkct no 29-1**]**.
    a. **[complete if applicable]** Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on _____11/21/2023 dkct no 29-1**]**._____ **[month/day/year]**.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., __29___ **[#]**;
    b. the Notice, docket no., _29____ **[#]**;
    c. the Certificate of Service of the Motion and the Notice, docket no., __29-1___ **[#]**;
    d. the Proposed Order, docket no., __29-2___ **[#]**; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order, docket no., _n/a___ **[#]**.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: December 13, 2023

                                                     Respectfully submitted,
                                                     */s/ Robertson B. Cohen*
                                                     Robertson B. Cohen, Esq. #35252
                                                     Cohen & Cohen, P.C.
                                                     1720 S. Bellaire St., Suite 205
                                                     Denver, CO 80222
                                                     Phone: (303) 933-4529
                                                     Fax: (866) 230-8268
                                                     rcohen@cohenlawyers.com

                                                     *Counsel for Movants*