UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Sandra Rosemary Oldenburg, | ) Bankruptcy Case No. 23-13858-JGR |
| Lee Michael Oldenburg | ) |
| | ) |
| Debtor. | ) |

### ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM

THIS MATTER having come before the Court on the Creditor Carlson Farms Homeowner's Association, a Colorado nonprofit corporation's Motion to Allow Late Filed Claim (the "**Motion**"), and the Court having reviewed the Motion and being advised in the premises thereof, does hereby

ORDER that the Motion is GRANTED and the late-filed claim (at claim register no. 30) filed November 22, 2023, shall be deemed timely filed.

Dated   December 18, 2023

By the Court:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge