IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Sandra Rosemary Oldenburg | ) | Case No. 23-13858-JGR |
| Lee Michael Oldenberg | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS MATTER comes before the Court on the Motion for Relief from Automatic Stay, the court, having reviewed the pleadings filed herein:

HEREBY ORDERS that the Motion is GRANTED.

FURTHER ORDERS that the Movant and any other party is permitted Relief from the Automatic Stay as set forth in 11 U.S.C. §362 to take all necessary action to proceed with and litigate the legal action currently pending in the District Court for Larimer County, Case Number 2023cv30125 ("**District Court**").  Movant is granted permission to seek an order from the District Court containing a determination of facts and liability, a liquidation of damages against Sandra Rosemary Oldenburg ("**Debtor**"), and a judgment, but cannot execute upon such judgment against assets of the bankruptcy estate or Debtor. The dischargeability of the debt represented by any judgment against Debtor will be determined by this Court in Adversary Proceeding No. _____23-01258_-JGR. Nothing in this Order is meant to restrict Movant from obtaining full and complete relief against any other parties in the District Court.

IT IS FURTHER ORDERED that the 10 day stay pursuant to Fed.R.Bank.P. 4001(a)(3) is lifted and Movant may immediately implement and enforce this Order granting relief from the automatic stay.

Dated__December 20, 2023_____                By the Court:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge