**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>Debtor(s). | Bankruptcy Case No 23-13858-JGR<br><br>Chapter 13 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND**
**ORDER RESCHEDULING HEARING**

THIS MATTER comes before the Court on the Debtor's Motion to Extend Time to File Amended Chapter 13 Plan filed on December 21, 2023 (Docket #44).  The Court,

DOES FIND that the Debtors are requesting an extension of time to file and serve an amended Chapter 13 plan because Debtors' Counsel represents that "through numerous calls, voicemails and emails to two different email addresses - has not been able to reach Debtors to discuss the Amended Plan due per this Court's Order at docket no. 22…. An additional modest extension of the deadline to Amend the Plan would not prejudice any parties or creditors in this matter."  Therefore, the Court,

HEREBY ORDERS as follows:

1. The Debtor's Motion to Extend Time to File Amended Chapter 13 plan filed December 21, 2023 (Docket #44) is hereby GRANTED.  The Debtor(s) shall file the amended Chapter 13 plan on or before **January 4, 2024**. Any amended plan filed by Debtor(s) shall be in substantial conformity with L.B. Form 3015-1.1.  In the event Debtor fails to file an amended plan which is not in substantial conformity with L.B. Form 3015-1.1, the within case may be dismissed without further notice or hearing.

2. The hearing on confirmation currently scheduled for **February 1, 2024** is VACATED and RESCHEDULED for a telephonic non-evidentiary hearing regarding Debtor(s) amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **February 15, 2024**, Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.  Counsel/parties shall appear by telephone at the hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **833-435-1820 or 833-568-8864**, a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580.**

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. The Debtor(s) shall, **on or before January 4, 2024,** file and serve the Amended Chapter 13 Plan along with a notice in substantial conformity with L.B. Form 3015-1.2 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing, on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice in the case

4. The deadline for filing objections to confirmation is **January 25, 2024**.

5. On or before **February 8, 2024**, the Debtor(s) shall file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

**IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT.**

6. In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: **December 22, 2023.**    BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge