**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | **Sandra** | **Rosemary** | **Oldenburg** | Case #: | **23-13858 JGR** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | **Lee** | **Michael** | **Oldenburg** | Chapter: | **13** |
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment

| Part 1 | Notice |
|---|---|

You are hereby notified that the debtors have filed amended documents:  **Amended Form 122C1 (docket no. 49), Form 122C2 (docket no. 50), Amended Schedule I (docket no. 51) and Amended Schedule J (docket no. 52), all filed on December 22, 2023.**

| Part 2 | Amendments |
|---|---|

Amended/New information

**Amended Form 122C1 reflects that Debtors are above median income and also that Wife's gross W2 income is $7,500/month (i.e. $90,000 annually).**

**Form 122C2 is being filed as Debtors are above median income but reflects a Line 45 monthly disposable income of a *negative* number.**

**Amended Schedule I also reflects that Wife's gross W2 income is $7,500/month (i.e. $90,000 annually). Modest health insurance and dental/vision payroll deductions are listed.**

**Amended Schedule J reflects Debtors current household expenses for four persons.  The mortgage mortgage payment now matches that listed on PNC Bank's proof of claim.  Line 6c utilities are increased as the children now also have cell phones for personal safety purposes.  The monthly payment for the 2019 Range Rover is removed to show additional disposable income to be paid to unsecured creditors.  Overall, "discretionary" expenses are listed for the entire family but at a modest level in order to address any further feasibility issue.**

| Part 3 | Signature of Debtor's Attorney or Debtor (if unrepresented) |
|---|---|

Dated this 22nd day of December 2023

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., #1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

| Part 4 | Verification of Debtor |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2023                    By: /s/ Sandra Rosemary Oldenburg and Lee Michael Oldenburg

### CERTIFICATE OF SERVICE

I certify that I have served true and correct copies of the Debtors' Amended Form 122C2, Form 122C2, Amended Schedules I/J, and LBR 1009 Notice of Amendment filed on December 22, 2023, by U.S. Mail, postage pre-paid, to the following:

Adam Goodman (ECF service)
Chapter 13 Trustee

Robertson B. Cohen Esq. (ECF service)
Attorney for Carlson Farms HOA

                                        /s/ David M. Serafin