IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SANDRA ROSEMARY OLDENBURG | CASE:  23-13858JGR |
| LEE MICHAEL OLDENBURG | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. The Debtors are not current on Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326.

2. The funding of post-petition mortgage installments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible. 11 U.S.C. §§ 1325(a)(3), 1325(a)(6).

3. The Form 122C-2 filed in this case includes a deduction on line 33 in the amount of $1,650 for a vehicle which is being surrendered in the Chapter 13 Plan.  The Trustee objects to this deduction, as the Debtors will not have 'future payments' on said debt and said claim will not be treated as 'secured.'  11 U.S.C. §§ 1325 (a)(3),1325 (b)(1)(B), and 707(b)(2)(A)(iii). The distribution to unsecured creditors in the Chapter 13 plan is less than that required by 11 U.S.C. § 1325(b)(1)(B).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

January 22, 2024

Respectfully submitted,

s/Nick Santarelli
Nick Santarelli, #46592
Attorney for Standing Chapter 13 Trustee
Adam M. Goodman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
nsantarelli@ch13colorado.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on January 22, 2024 addressed as follows:

SANDRA ROSEMARY and LEE MICHAEL OLDENBURG
4904 SILVERWOOD DRIVE
JOHNSTOWN, CO 80534

LAW OFFICE OF DAVID M SERAFIN
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member