## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Sandra Rosemary Oldenburg,** | ) | **Case No. 23-13858 JGR** |
| **SSN: xxx-xx-2332** | ) | **Chapter 13** |
| **Lee Michael Oldenburg,** | ) | |
| **SSN: xxx-xx-0735** | ) | |
| | ) | |
| **Debtors** | ) | |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

**Part 1**  **Report**

The debtors submit the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtors filed for chapter 13 relief on **August 28, 2023**. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on **September 27, 2023**.

**Part 2**  **Notice and Service Date**

The last plan to be noticed and served was dated **December 22, 2023 at docket no. 47.**

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Chapter 13 Plan | 8/28/2023 | 2 |
| Amended Chapter 13 Plan | 11/9/2023 | 26 |
| Amended Chapter 13 Plan | 12/22/2023 | 47 |
| | | |

**Part 3**  **Objections**

× The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 20, 28, 59 |
| Carlson Farms Homeowners Association | 31, 60 |
| | |

AND

× The debtors have complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

**Part 4**  **Summary of Objections**

| Objection | Debtor's response |
|---|---|
| The Chapter 13 Trustee states that Debtors are not current on Chapter 13 Plan payments or post-Petition mortgage payments.<br><br>Trustee objects to the Line 33 deduction on Form 122C2 for the vehicle being surrendered in the Plan.<br><br>---------------------------------------------------------------------<br>Carlson Farms Homeowners Association ("HOA") states that Debtors' Plan is not feasible as Debtor Wife's primary source of income, NOCO Real Estate Solutions, is currently experiencing financial difficulty and may not be operating.  HOA requests that Debtors disclose additional information regarding NOCO's finances and any criminal investigation against Wife so that it can determine Plan feasibility.<br><br>HOA also alleges non-feasibility of the Plan due to a recent Relief from Stay Motion filed by the mortgage servicer regarding post-Petition mortgage payments due.<br><br>HOA again alleges malfeasance against Debtor Wife and states the Plan was not filed in good faith as it believes Debtors could have instead filed for Chapter 7.  HOA states that Debtors overstate the cost of sale for the jewelry and sporting equipment.  HOA states that this case was filed with the intent of frustrating the HOA's ability to prosecute its state court claims.  HOA also questions Debtors' ability to continue to earn future income. | **Counsel will re-confer with Debtors as to their current source of household income and as to the financial status of NOCO.  If household income has changed, Amended Schedules I/J (with LBR 1009 Notice of Amendment) will be filed.  Proof of income from NOCO and/or any other income earned by Debtors will be provided to the Trustee and counsel for the HOA.**<br><br>**Counsel will inquire whether Debtors have now become current regarding Trustee Plan payments and post-Petition mortgage payments.  Debtors do want to keep their house and only intend to sell their residence (with Bankruptcy Court permission) if absolutely necessary.**<br><br>**Form 122C2 will be amended to remove the Line 33 deduction for the vehicle being surrendered.**<br><br>**Regarding feasibility, the current Schedules I/J show a monthly disposable income of $1,140.**<br><br>**Debtors absolutely believe this case was filed in good faith.  There are *other* unsecured creditors besides the HOA for which Debtors are requesting relief (i.e. over $128,000 of other unsecured debt listed in Schedule F that Debtors cannot afford to pay back).  In other words, the NON-HOA related debt is hardly *de minimus*.**<br><br>**Counsel understands that (per a previous Relief from Stay Order consented to by Debtors) the state court action against Wife is proceeding but is still in the discovery stages.  It's currently unknown whether a trial will occur or if the parties will reach some type of settlement.** |

**Part 5**  **Resolution of Objections by Amended Plan**

a.  Filing of Amended Plan.

⊠ Debtors are requesting until Wednesday, February 21, 2024 to file the Amended Plan and Notice of Amended Plan.

b.  Treatment of Objections by Amended Plan.

⊠ Debtors' next Amended Plan is intended to resolve all Objections filed.

c.  Notice of Amended Plan:

⊠ Debtors request that Notice of the Amended Plan be limited to the Chapter 13 Trustee, counsel for Carlson Farms HOA, all secured creditors, IRS/CDOR, and any other parties which have specifically requested notice.

d.  Objection Time Period for Amended Plan:

⊠ Debtors request a 14 day Objection Deadline.

**Part 6**   **Resolution of Objections by Judicial Determination**

**N/A.**

**Part 7**   **Other Information of Status of Case**

**N/A.**

**Part 8**   **Signature of Debtor's Attorney or Debtor**

Dated this 7th day of February 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Suite 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I have served true and correct copies of the Confirmation Status Report, on this 7th day of February 2024, by ECF service, to the following:

Adam Goodman
Ch. 13 Bankruptcy Trustee

Cohen & Cohen, P.C.
Attorneys for Carlson Farms HOA

/s/ David M. Serafin