| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | **Sandra** <br> First Name | **Rosemary** <br> Middle Name | **Oldenburg** <br> Last Name | Case #: | **23-13858 JGR** |
| Debtor 2: | **Lee** <br> First Name | **Michael** <br> Middle Name | **Oldenburg** <br> Last Name | Chapter: | **13** |

## Local Bankruptcy Form 9010-1.1
## Notice of Advisement: PNC Bank's Motion for Relief from Stay

### Part 1   Notice

The undersigned, attorney of record for the Debtors in this case, hereby certifies that he has attempted to confer with Debtors regarding PNC Bank's Motion for Relief from Stay filed at docket no. 57.  Counsel immediately forwarded this Motion after it was filed to Debtor Wife (counsel's primary contact in this case from the onset) with a request to check into whether post-Petition mortgage payments are indeed five (5) payments behind as well as whether Debtors have since cured this delinquency, but counsel has not yet received a substantive response.  Counsel will continue to follow up with Debtors.

### Part 2   Signature of Debtor's Attorney

Dated this 6th day of February 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., #1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com