## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sandra Rosemary Oldenburg dba Noco Real Estate Solutions, Inc. Dba Poudre Property Services aka Sandra Rosemary Bickerton<br>Lee Michael Oldenburg,<br><br>Debtors | Case No. 23-13858-JGR<br><br>(Chapter 13)<br><br>**Judge Joseph G. Rosania Jr.** |
| PNC Bank, National Association, its assignees and/or successors,<br><br>v.<br><br>Sandra Rosemary Oldenburg and Lee Michael Oldenburg, Debtors; and Adam M Goodman, Chapter 13 Trustee | |

### CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On January 17, 2024 creditor PNC Bank, National Association, its assignees and/or successors ("Movant"), filed a Motion for Relief From Stay (the "Motion") at Docket 57. Movant hereby represents and shows the Court:

1.  Service of the Motion was timely made on all interested parties pursuant to L.B.R. 4001-1.1 as shown on the certificate of service previously filed with the notice.

2.  No objections to or requests for hearing on the Motion were received by the undersigned or filed with the Court.

WHEREFORE, Movant prays that the Court enter an order granting the requested relief, a form which was submitted to the Court with the Motion.

Dated this 13th day of February, 2024.        McCarthy & Holthus, LLP

By: /s/ *Ilene Dell'Acqua*
Holly Shilliday, Esq. Atty. Reg. No. 24423
Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: 877-369-6122
idellacqua@mccarthyholthus.com

Attorneys for PNC Bank, National Association, its assignees and/or successors