## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Sandra Rosemary Oldenburg,** | ) | **Case No. 23-13858 JGR** |
| **SSN: xxx-xx-2332** | ) | **Chapter 13** |
| **Lee Michael Oldenburg,** | ) | |
| **SSN: xxx-xx-0735** | ) | |
| | ) | |
| **Debtors** | ) | |

### DEBTORS' OBJECTION TO PNC BANK'S MOTION FOR RELIEF FROM STAY

Comes now, David M. Serafin, counsel for Debtors, Sandra Rosemary Oldenburg and Lee Michael Oldenburg, who respectfully state as follows:

1.  The undersigned counsel was *finally* able to confer with Debtors who intend to keep their primary residence. Debtors request that this Objection be treated by the Court as timely filed (especially as PNC Bank has not been adversely affected whatsoever by the minor delay in filing this Objection).[1] Debtors have had very limited access to technology (particularly internet and email) since the local police recently arrived at Debtors' residence to confiscate Debtors' phones and computers, which has made it somewhat difficult for Debtors and counsel to effectively prosecute this case.

2.  Back on February 13, 2024, counsel did timely file a Notice of Advisement indicating that he was unable to reach Debtors to confer about the aforementioned Relief from Stay Motion.

3.  Although Debtors have admittedly not been able to keep up with all post-Petition mortgage payments, consistent with 11 U.S.C. § 362(d)(2), Debtors have more than sufficient equity such that PNC Bank is <u>easily</u> adequately protected in the event of the mortgage payment default. Specifically, the Relief from Stay Motion filed at docket no. 57 indicated the total loan payoff is currently $369,358.63 whereas Schedules A and D reflect a fair market value for Debtors' primary residence of $650,000. Additionally, Zillow reflects the current house value is $682,100.

WHEREFORE, Debtors respectfully request that this Court deny PNC Bank's Motion for Relief from Stay filed on January 17, 2024, at docket no. 57.

---

[1] No final order has been entered with respect to the Relief from Stay Motion which would have necessitated a FPCP 60(b) request to set aside judgment.

1

Dated this 13th day of February 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Ste. 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on the 13th day of February 2024, I served
a copy of the foregoing DEBTORS' OBJECTION TO PNC BANK'S MOTION FOR RELIEF
FROM STAY by ECF service to the following:

McCarthy & Holthus, P.C. (ECF service)
Attorneys for PNC Bank

Adam Goodman (ECF service)
Chapter 13 Trustee

Robertson B. Cohen Esq. (ECF service)
Attorney for Carlson Farms HOA

/s/ David M. Serafin