## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| February 15, 2024 | Hon. Joseph G. Rosania, Jr., Presiding<br>Courtroom B |
|---|---|

| In re:<br><br>**Sandra Rosemary Oldenburg and Lee Michael Oldenburg**,<br><br>Debtor(s). | Bankruptcy Case No. **23-13858-JGR**<br><br>Chapter 13 |
|---|---|

**Appearances:**

| Debtor(s) | | Counsel | David M. Serafin |
|---|---|---|---|
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Carson Farms HOA | Counsel | Robertson Cohen |
| | | | |

**Proceedings:**  Telephonic hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed December 22, 2024 (Doc. 47) and Objections thereto filed by the Chapter 13 Trustee (Doc. 59) and Carson Farms HOA (Doc. 60)

Entry of appearances and statements/arguments made.

The Court was advised that Debtors are substantially current on payments to the Chapter 13 Trustee.

**Orders:**

☒  Confirmation of all previously filed plans is DENIED.  All pending objections to confirmation are deemed moot.  Any party desiring to object to a future plan must file a new objection.

☒  Debtor(s) shall, on or before **February 29, 2024**, file with this Court, if not previously filed, (a) an amended Chapter 13 plan, (b) notice in substantial conformity with L.B. Form 3015-1.2 and (c) certificate evidencing service.  The notice shall also include language regarding telephone appearance at the continued hearing.  Debtor(s) shall serve the amended Chapter 13 plan and notice on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice
- ☒ All creditors and interested parties
- ☒ Appropriate taxing authorities

☒   The deadline for filing objections to confirmation of the amended Chapter 13 plan is **March 21, 2024**.

☒   The telephonic hearing regarding plan confirmation is scheduled for **Thursday, April 4, 2024 at 10:00 a.m.,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado  80202.

Counsel/parties **shall appear by telephone** at the continued hearing.  **Dial 833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

☒   Debtor(s) shall, on or before **March 28, 2024**, timely file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

<span style="color:red">**IN THE EVENT DEBTOR FAILS TO FILE OR FAILS TO FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, THE PLAN CONFIRMATION HEARING WILL NOT BE VACATED BY THE COURT.**</span>

☒   If confirmation is not possible at the time of the continued hearing, or if payments are not current to the Chapter 13 Trustee, the Court may dismiss the case.

☒   In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended Chapter 13 plan may be DENIED and the case may be dismissed without further notice or hearing.

☒   This Minutes of Proceedings shall constitute the order of the Court and no further order shall enter.

---

BY THE COURT:
Kenneth S. Gardner, Clerk

By:  A. Sekera, Courtroom Deputy

2