**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>Debtor(s). | Bankruptcy Case No. 23-13858-JGR<br><br>Chapter 13 |
| PNC BANK,<br><br>Movant,<br>v.<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>ADAM M. GOODMAN, Chapter 13 Trustee,<br><br>Respondent(s). | |

**ORDER AND NOTICE OF TELEPHONIC PRELIMINARY HEARING**

THIS MATTER comes before the Court on (1) the Certificate of Non-Contested Matter filed by the Movant on February 13, 2024 (Docket #65) and (2) the Debtors' late-filed Response to Motion for Relief from Stay filed February 13, 2024 (Docket #66).  It is, therefore,

ORDERED that the Court shall hold a telephonic preliminary hearing regarding the Movant's Motion for Relief from Stay filed January 17, 2024 (Docket #57) and the Debtors' Late-File Response filed February 13, 2024 (Docket #66) on **Wednesday, February 21, 2024 at 3:00 p.m.,** Courtroom B, United States Bankruptcy Court, Denver, Colorado 80202.

Counsel/parties shall appear by telephone at the hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

If the matter necessitates the Court to receive evidence to resolve the matter, the scheduled hearing will be used as a status and scheduling conference and the matter will be reset to a later date.

In the event the matter is resolved prior to hearing, the hearing shall be vacated only upon (1) receipt of a written stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or by telephone, who shall read the agreement into the record.

Dated this 15th day of February, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge