# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sandra Rosemary Oldenburg dba Noco Real Estate Solutions, Inc. Dba Poudre Property Services aka Sandra Rosemary Bickerton Lee Michael Oldenburg,<br><br>Debtors. | Case No. 23-13858-JGR<br><br>(Chapter 13)<br><br>**Judge Joseph G. Rosania Jr.** |

## ORDER RE: UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

The Court, having reviewed PNC Bank, National Association's Unopposed Motion to Continue Preliminary Hearing on its Motion for Relief from Stay,

HEREBY ORDERS that the **telephonic** Preliminary Hearing on Movant's Motion for Relief from Stay and Debtors' Objection thereto currently scheduled for Wednesday, February 21, 2024 at 3:00 p.m. is VACATED and CONTINUED to Tuesday, March 19, 2024 at 1:00 p.m., Courtroom B. The automatic stay will continue until such time as a rescheduled preliminary hearing can be held pursuant to 11 U.S.C. §362(e).

IT IS FURTHER ORDERED that the parties shall appear by phone and shall not appear in person at the scheduled hearing. Parties are responsible to call the Court to participate in the hearing five (5) minutes prior to the start of the hearing. Parties scheduled to appear shall call the Court at 1-833-435-1820, Meeting Access Code: 161 324 5580. Parties shall file their witness and exhibit lists 24 hours prior to the scheduled hearing.

Dated this 16th day of February, 2024.

BY THE COURT:

Joseph G. Rosania, Jr.
United States Bankruptcy Judge