United States Bankruptcy Court
District of Colorado

In re:                                                                  Case No. 23-13858-JGR
Sandra Rosemary Oldenburg                                               Chapter 13
Lee Michael Oldenburg
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin        Page 1 of 2
Date Rcvd: Feb 15, 2024        Form ID: pdf904        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sandra Rosemary Oldenburg, Lee Michael Oldenburg, 4904 Silverwood Drive, Johnstown, CO 80534-6706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com  agoodman13@ecf.epiqsystems.com |
| David M. Serafin | on behalf of Debtor Sandra Rosemary Oldenburg david@davidserafinlaw.com |
| David M. Serafin | on behalf of Debtor Lee Michael Oldenburg david@davidserafinlaw.com |
| Ilene Dell'Acqua | on behalf of Creditor PNC Bank  National Association bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com |
| Robertson B. Cohen | on behalf of Creditor Carlson Farms HOA rcohen@cohenlawyers.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2024 | Form ID: pdf904 | Total Noticed: 1 |

Robertson B. Cohen
    on behalf of Plaintiff Carlson Farms HOA rcohen@cohenlawyers.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>Debtor(s). | Bankruptcy Case No. 23-13858-JGR<br><br>Chapter 13 |
| PNC BANK,<br><br>Movant,<br>v.<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>ADAM M. GOODMAN, Chapter 13 Trustee,<br><br>Respondent(s). | |

**ORDER AND NOTICE OF TELEPHONIC PRELIMINARY HEARING**

THIS MATTER comes before the Court on (1) the Certificate of Non-Contested Matter filed by the Movant on February 13, 2024 (Docket #65) and (2) the Debtors' late-filed Response to Motion for Relief from Stay filed February 13, 2024 (Docket #66). It is, therefore,

ORDERED that the Court shall hold a telephonic preliminary hearing regarding the Movant's Motion for Relief from Stay filed January 17, 2024 (Docket #57) and the Debtors' Late-File Response filed February 13, 2024 (Docket #66) on **Wednesday, February 21, 2024 at 3:00 p.m.,** Courtroom B, United States Bankruptcy Court, Denver, Colorado 80202.

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

If the matter necessitates the Court to receive evidence to resolve the matter, the scheduled hearing will be used as a status and scheduling conference and the matter will be reset to a later date.

      In the event the matter is resolved prior to hearing, the hearing shall be vacated only upon (1) receipt of a written stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or by telephone, who shall read the agreement into the record.

      Dated this 15th day of February, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge