**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>Debtor(s). | Bankruptcy Case No. 23-13858-JGR<br><br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br>v.<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br>ADAM M. GOODMAN, Chapter 13<br>Trustee,<br><br>Respondent(s). | |

**ORDER AND NOTICE VACATING PRELIMINARY HEARING**

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN that the preliminary hearing regarding the Movant's Motion for Relief from Stay (Docket #57) scheduled for **Tuesday, March 19, 2024 at 1:00 p.m.,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado, is hereby VACATED, based on the Movant's Notice of Withdrawal of Motion filed on February 22, 2024 (Docket #74).

Dated this 23rd day of February, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge