United States Bankruptcy Court
District of Colorado

In re:     Case No. 23-13858-JGR
Sandra Rosemary Oldenburg     Chapter 13
Lee Michael Oldenburg
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Feb 23, 2024     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sandra Rosemary Oldenburg, Lee Michael Oldenburg, 4904 Silverwood Drive, Johnstown, CO 80534-6706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com agoodman13@ecf.epiqsystems.com |
| David M. Serafin | on behalf of Debtor Sandra Rosemary Oldenburg david@davidserafinlaw.com |
| David M. Serafin | on behalf of Debtor Lee Michael Oldenburg david@davidserafinlaw.com |
| Ilene Dell'Acqua | on behalf of Creditor PNC Bank National Association bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com |
| Robertson B. Cohen | on behalf of Creditor Carlson Farms HOA rcohen@cohenlawyers.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf904 | Total Noticed: 1 |

Robertson B. Cohen
    on behalf of Plaintiff Carlson Farms HOA rcohen@cohenlawyers.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br><br>Debtor(s). | Bankruptcy Case No. 23-13858-JGR<br><br>Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br>v.<br><br>SANDRA ROSEMARY OLDENBURG,<br>LEE MICHAEL OLDENBURG,<br>ADAM M. GOODMAN, Chapter 13<br>Trustee,<br><br>Respondent(s). | |

**ORDER AND NOTICE VACATING PRELIMINARY HEARING**

    IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN that the preliminary hearing regarding the Movant's Motion for Relief from Stay (Docket #57) scheduled for **Tuesday, March 19, 2024 at 1:00 p.m.,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado, is hereby VACATED, based on the Movant's Notice of Withdrawal of Motion filed on February 22, 2024 (Docket #74).

    Dated this 23rd day of February, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge