| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Sandra | Rosemary | Oldenburg | Case #: 23-13858 JGR |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | Michael | Oldenburg | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

### Part 1  Objection Deadline

Objection deadline: **March 21, 2024**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that the debtors filed a Chapter 13 Plan on **February 29, 2024, at docket number 77**. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **April 4, 2024,** at **10:00 am** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **B (Judge Rosania)**, Fifth Floor, Denver, Colorado 80202.

Counsel may appear at the non-evidentiary hearing by telephone. The following instructions are provided for connecting to the Court's conference call line: Dial either 833-435-1820 or 833-568-8864, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input a meeting ID, followed by the # sign. The meeting ID is 161 324 5580. You will then be connected into the conference call line.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F.3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

### Part 2  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated this 29th day of February 2024

/s/ David M. Serafin

David M. Serafin, #33686

501 S. Cherry St., Ste. 1100

Denver, CO 80246

(303) 862-9124

david@davidserafinlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated February 29, 2024, at docket no. 77, and the Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation were served by placing the same in the United States Mail, first class postage pre-paid, this 29th day of February 2024, to the following:

Adam Goodman (ECF service)
Chapter 13 Trustee

Robertson B. Cohen Esq. (ECF service)
Attorney for Carlson Farms HOA

McCarthy & Holthus, LLP (ECF service)
Attorneys for PNC Bank

Rolling Hills Ranch Patio II Homeowners Assn.
Susie Hall
1821 56th Avenue, Suite B
Greeley, CO 80634

Colorado Dept. of Revenue
1881 Pierce St.
Lakewood, CO 80214

IRS
PO Box 7346
Philadelphia, PA 19101

                                                /s/ David M. Serafin