| **Fill in this information to identify your case** | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1:   **Sandra**   **Rosemary**   **Oldenburg**<br>First Name   Middle Name   Last Name | Case #: | **23-13858 JGR** |
| Debtor 2:   **Lee**   **Michael**   **Oldenburg**<br>First Name   Middle Name   Last Name | Chapter: | **13** |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment

### Part 1   Notice

You are hereby notified that the debtors have filed amended documents: **Amended Form 122C2 (docket no. 79), Amended Schedule I (docket no. 80) and Amended Schedule J (docket no. 81), all filed on February 29, 2024.**

### Part 2   Amendments

| Amended/New information |
|---|
| **Amended Form 122C2 now reflects a surrender of the 2019 Land Rover vehicle – the Line 33 vehicle deduction is removed.  Also shown (divided by 60 months) are deductions for Federal and state priority tax owed and the mortgage arrears owed as of the filing date and funded in the Plan.  Also, an additional food expense (above the IRS allowance) is claimed as Husband's elderly mother now has moved into the household.**<br><br>**Amended Schedule I reflects that Wife changed W-2 jobs although her gross income is the same at $7,500/month (i.e. $90,000 annually).  Also added is second job income for Husband of $10,800 annually for three different high school sports coaching responsibilities.**<br><br>**Amended Schedule J increases food expenses to $1,500/month (due to another household member now) and transportation/fuel expenses to $400/month as Wife now has to commute to/from Boulder, CO for work.** |
| |

### Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated this 29th day of February 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., #1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

### Part 4   Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 29, 2024            By: /s/ Sandra Rosemary Oldenburg and Lee Michael Oldenburg

**CERTIFICATE OF SERVICE**

     I certify that I have served true and correct copies of the Debtors' Amended Form 122C2, Amended Schedules I/J, and LBR 1009 Notice of Amendment filed on February 29, 2024, by U.S. Mail, postage pre-paid, to the following:

Adam Goodman (ECF service)
Chapter 13 Trustee

Robertson B. Cohen Esq. (ECF service)
Attorney for Carlson Farms HOA

                                                  /s/ David M. Serafin