| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Sandra<br>First Name | Rosemary<br>Middle Name | Oldenburg<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | Lee<br>First Name | Michael<br>Middle Name | Oldenburg<br>Last Name |
| United States Bankruptcy Court for the: | | District of Colorado | |
| Case number<br>(if known) | 23-13858 JGR | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Sandra Rosemary Oldenburg, Debtor 1

Date 03/01/2024
MM/ DD/ YYYY

X _____
Lee Michael Oldenburg, Debtor 2

Date 03/01/2024
MM/ DD/ YYYY