IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>SANDRA ROSEMARY OLDENBURG<br>LEE MICHAEL OLDENBURG<br><br>DEBTORS | CHAPTER 13<br>CASE:  23-13858JGR |

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Debtors should timely provide to the Chapter 13 Trustee proof of Sandra Oldenburg's income from her new employment and Lee Oldenburg's coaching income. 11 U.S.C. §§ 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

    The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

    WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

    March 18, 2024

                                                Respectfully submitted,

                                                s/Nick Santarelli
                                                Nick Santarelli, #46592
                                                Attorney for Standing Chapter 13 Trustee
                                                Adam M. Goodman
                                                P.O. Box 1169
                                                Denver, CO  80201-1169
                                                (303) 830-1971
                                                FAX (303) 830-1973
                                                nsantarelli@ch13colorado.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on <u>March 18, 2024</u> addressed as follows:

SANDRA ROSEMARY and LEE MICHAEL OLDENBURG
4904 SILVERWOOD DRIVE
JOHNSTOWN, CO 80534

LAW OFFICE OF DAVID M SERAFIN
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member