UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Sandra Rosemary Oldenburg,** | ) | **Case No. 23-13858 JGR** |
| **SSN: xxx-xx-2332** | ) | **Chapter 13** |
| **Lee Michael Oldenburg,** | ) | |
| **SSN: xxx-xx-0735** | ) | |
| | ) | |
| **Debtors** | ) | |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1 Report

The debtors submit the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtors filed for chapter 13 relief on **August 28, 2023**. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on **September 27, 2023**.

### Part 2 Notice and Service Date

The last plan to be noticed and served was dated **February 29, 2024 at docket no. 77.**

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Chapter 13 Plan | 8/28/2023 | 2 |
| Amended Chapter 13 Plan | 11/9/2023 | 26 |
| Amended Chapter 13 Plan | 12/22/2023 | 47 |
| Amended Chapter 13 Plan | 2/29/2024 | 77 |

### Part 3 Objections

× The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 20, 28, 59, 87 |
| Carlson Farms Homeowners Association | 31, 60, 86 |
| | |

AND

× The debtors have complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

**Part 4** **Summary of Objections**

| Objection | Debtor's response |
|---|---|
| The Chapter 13 Trustee requests pay stubs for Wife's new W2 job and also for Husband's second coaching job. | **Debtors will provide the Trustee with proof of Wife's new W2 income and Husband's coaching income.** |
| Carlson Farms Homeowners Association ("HOA") states that Debtors' Plan is not feasible as Debtor Wife's primary source of income, NOCO Real Estate Solutions, is currently experiencing financial difficulty and may not be operating. HOA requests that Debtors disclose additional information regarding NOCO's finances and any criminal investigation against Wife so that it can determine Plan feasibility.<br><br>HOA also alleges non-feasibility of the Plan due to a recent Relief from Stay Motion filed by the mortgage servicer regarding post-Petition mortgage payments due.<br><br>HOA again alleges malfeasance against Debtor Wife and states the Plan was not filed in good faith as it believes Debtors could have instead filed for Chapter 7. HOA states that this case was filed with the intent of frustrating the HOA's ability to prosecute its state court claims. HOA also questions Debtors' ability to continue to earn future income. | **Regarding the HOA's continuing Objections to Confirmation (which will seemingly continue no matter what Plan and Schedule amendments are made by Debtors), it might be appropriate at this point to schedule an evidentiary hearing regarding Plan confirmation. Debtors continue to dispute the continuing HOA's feasibility and lack of good faith objections. Regardless of the ultimate, future outcome of the state court litigation, Debtors believe that they have proposed a confirmable Chapter 13 Plan.**<br><br>**This Confirmation Status Report is being filed slightly early as the undersigned counsel is on vacation the entire week of March 25, 2024.** |

**Part 5** **Resolution of Objections by Amended Plan**

a. Filing of Amended Plan.

   ×If the Court wishes for Debtors to file another Amended Plan, Debtors are requesting until Monday, April 8, 2024 to file the Amended Plan and Notice of Amended Plan.

b. Treatment of Objections by Amended Plan.

   ×Debtors' next Amended Plan is intended to resolve all Objections filed.

c. Notice of Amended Plan:

   ×Debtors request that Notice of the Amended Plan be limited to the Chapter 13 Trustee, counsel for Carlson Farms HOA, all secured creditors, IRS/CDOR, and any other parties which have specifically requested notice.

d. Objection Time Period for Amended Plan:

   ×Debtors request a 14 day Objection Deadline.

### Part 6  Resolution of Objections by Judicial Determination

**For the reasons mentioned above, judicial determination regarding Plan confirmation likely is necessary at this juncture of the case.**

### Part 7  Other Information of Status of Case

**N/A.**

### Part 8  Signature of Debtor's Attorney or Debtor

Dated this 23rd day of March 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Suite 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

CERTIFICATE OF SERVICE

I certify that I have served true and correct copies of the Confirmation Status Report, on this 23rd day of March 2024, by ECF service, to the following:

Adam Goodman
Ch. 13 Bankruptcy Trustee

Cohen & Cohen, P.C.
Attorneys for Carlson Farms HOA

/s/ David M. Serafin