# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>Sandra Rosemary Oldenburg and<br>Lee Michael Oldenburg,<br><br>Debtor(s). | Bankruptcy Case No.  23-13858-JGR<br><br>Chapter 13 |

## ORDER AND NOTICE OF RESCHEDULED TELEPHONIC
## CHAPTER 13 PLAN CONFIRMATION HEARING

THIS MATTER comes before the Court *sua sponte*. A conflict has arisen in scheduling of the Court's docket, and it is necessary to reschedule the plan confirmation hearing presently scheduled for Thursday, April 4, 2024 at 10:00 a.m., Courtroom B. It is, therefore,

ORDERED that the telephonic hearing on confirmation currently scheduled for April 4, 2024 at 10:00 a.m. is **VACATED and RESCHEDULED to Thursday, April 18, 2024 at 10:00 a.m.,** Courtroom B, U.S. Bankruptcy Court, 721 19th Street, Denver, Colorado 80202-2508. Counsel/parties shall appear by telephone at the continued hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Please dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and then enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

Dated:  April 2, 2024

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge