THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:
SANDRA ROSEMARY OLDENBURG     CHAPTER 13
LEE MICHAEL OLDENBURG     CASE NO: 23-13858 JGR

### WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee withdraws his Objection to Confirmation of Chapter 13 Plan; Docket #87. The issues presented have been resolved.

April 17, 2024

Respectfully submitted,

/s/ Nick Santarelli
Nicholas H. Santarelli, #46592
Attorney for Chapter 13 Trustee,
Adam M. Goodman
P.O. Box 1169
Denver, CO 80201-1169
Phone: (303) 830-1971
Fax: (303) 830-1973
nsantarelli@ch13colorado.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Withdrawal of Objection to Confirmation of Chapter 13 Plan was served via CM/ECF or by U.S. Mail, postage prepaid on April 17, 2024 addressed as follows:

SANDRA ROSEMARY OLDENBURG
LEE MICHAEL OLDENBURG
4904 SILVERWOOD DRIVE
JOHNSTOWN, CO 80534

VIA CM/ECF
LAW OFFICE OF DAVID M SERAFIN

/s/ kmp
Chapter 13 Trustee Staff Member