## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| April 18, 2024 | Hon. Joseph G. Rosania, Jr., Presiding<br>Courtroom B |
|---|---|
| In re:<br><br>**Sandra Rosemary Oldenburg and Lee Michael Oldenburg**,<br><br>Debtor(s). | Bankruptcy Case No. **23-13858-JGR**<br><br>Chapter 13 |

| **Appearances:** | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | David M. Serafin |
| Trustee | Adam M. Goodman, Chapter 13 Trustee | Counsel | Nicholas Santarelli |
| Creditor | Carlson Farms HOA | Counsel | Robertson Cohen |

**Proceedings:**  Telephonic hearing regarding confirmation of Debtors' Amended Chapter 13 Plan filed February 29, 2024 (Doc. 77) and Objections thereto filed by Carlson Farms Homeowner's Association (Doc. 86)

Entry of appearances and statements were made.

Dee Anne Menzies, president of Rolling Hills Ranch Patio II Homeowners Association, addressed the Court.

Diane Morris of Rolling Hills Ranch Master Homeowners Association addressed the Court.

The Court was advised that Debtors are substantially current on payments to the Chapter 13 Trustee.

**Orders:**

The Court ordered that the issue of plan confirmation is stayed pending resolution of the state court matter.  Counsel for Carlson Farms Homeowner's Association shall file a status report **on or before December 2, 2024**.

The Court indicated that any late filed proof of claim shall be filed with Court as well as file and serve a motion to allow a late-filed claim and notice pursuant to Local Bankruptcy Rule 9013-1.

If a motion to allow a late-filed proof of claim is filed by a business entity, such entity must be represented by counsel.  Pursuant to Local Bankruptcy Rule 9010-1(e), corporations, partnerships, other unincorporated organization, or entity must be represented by counsel.

This Minutes of Proceedings shall constitute the order of the Court and no further order shall enter.

BY THE COURT:<br>Kenneth S. Gardner, Clerk

By:  A. Sekera, Courtroom Deputy