| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | **Sandra** <br> First Name | **Rosemary** <br> Middle Name | **Oldenburg** <br> Last Name | Case #: | **23-13858 JGR** |
| Debtor 2: | **Lee** <br> First Name | **Michael** <br> Middle Name | **Oldenburg** <br> Last Name | Chapter: | **13** |

## Local Bankruptcy Form 9010-1.1
## Notice of Advisement: Possible Additional Homeowners Association Creditors

### Part 1  Notice

The undersigned, attorney of record for the Debtors in this case, hereby certifies that he has attempted to obtain the name, address and amount of alleged claim(s) owed to any *other* potential other homeowners associations (besides Carlson Farms HOA) in order to amend the Schedules but has been unable to do so.  The undersigned counsel has inquired of both Debtor Wife herself and also counsel for Carlson Farms HOA, respectively, who were cooperative but simply did not have this information.  Counsel also called and left a detailed voicemail for the police investigator apparently investigating Debtor Wife (without specifically inquiring as to the results of any criminal investigation) but did not receive any phone call back.  No entries of appearance or request for notice have been filed in this case since before the most recent Confirmation Hearing on April 18, 2024.  Counsel will continue to follow up with Debtors and all other parties.

### Part 2  Signature of Debtor's Attorney

Dated this 21st day of May 2024

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., #1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com