UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                    CASE NO: 23-13858 JGR
SANDRA ROSEMARY OLDENBURG              CHAPTER 13

LEE MICHAEL OLDENBURG

Debtors

---

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Comes now, Adam M. Goodman, Standing Chapter 13 Trustee, and moves this Honorable Court to dismiss this case based on the following:

1. The Debtors filed the instant case under Chapter 13 on August 28, 2023.

2. The Effective Chapter 13 Plan in the above captioned case proposes current monthly payments of $1,340.00 per month.

3. The Debtors have failed to comply with the requirement of making regular monthly Plan payments. The total of payments due through August 2024 is $11,334.00. The Debtors have paid a total of $8,724.00, causing a delinquency of $2,610.00, through August.

4. The last payment having been received by the Trustee on August 5, 2024.

5. Payment of $2,610.00, plus the September payment, is required to be current through September 2024.

6. THE DEBTORS SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE OBJECTION DEADLINE

     WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307(c)(1) and (6).

Dated: September 13, 2024                  By:   s/Adam M. Goodman
                                                                         Adam M. Goodman
                                                                         Standing Chapter 13 Trustee
                                                                         P.O. Box 1169
                                                                         Denver, CO 80201
                                                                         Phone: (303) 830-1971
                                                                         Fax: (303) 830-1973
                                                                         agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                              CASE NO: 23-13858 JGR
SANDRA ROSEMARY OLDENBURG            CHAPTER 13

LEE MICHAEL OLDENBURG

                                       DEBTORS

## NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: September 30, 2024

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee (the "Movant") has filed a Motion to Dismiss with the Bankruptcy Court and requests the following relief: Dismiss Chapter 13 case for failure to make plan payments.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: September 13, 2024                       By:    s/Adam M. Goodman
                                                                                      Adam M. Goodman
                                                                                      Standing Chapter 13 Trustee
                                                                                      P.O. Box 1169
                                                                                      Denver, CO 80201-1169
                                                                                      (303) 830-1971
                                                                                      Fax: (303) 830-1973
                                                                                      agoodman@ch13colorado.com

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO:  23-13858 JGR |
| SANDRA ROSEMARY OLDENBURG | CHAPTER 13 |
| LEE MICHAEL OLDENBURG | |

DEBTORS

CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2024, I served a complete copy of the Chapter 13 Trustee's Motion to Dismiss and Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

SANDRA ROSEMARY and LEE MICHAEL OLDENBURG, 4904 SILVERWOOD DRIVE, JOHNSTOWN, CO 80534   ,

LAW OFFICE OF DAVID M SERAFIN, via CM/ECF

By:    s/Adam M. Goodman
      Adam M. Goodman
      Standing Chapter 13 Trustee
      P.O. Box 1169
      Denver, CO 80201-1169
      (303) 830-1971
      Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
SANDRA ROSEMARY OLDENBURG

LEE MICHAEL OLDENBURG

CASE NO: 23-13858 JGR  
CHAPTER 13

DEBTORS

ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee. Notice has been given to the Debtors and Debtors' counsel. No timely objection has been filed. The Court FINDS that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No Plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within fourteen (14) days.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under §§ 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under §§ 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under § 506(d) of Title 11 is reinstated; and any Order, judgment or transfer ordered under §§ 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtors to the Trustee, shall revest in the Debtors as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under § 503(b) pursuant to 11 U.S.C. § 1326(a)(2).
   a. Any request for allowance of a § 503(b) claim shall conform with 11 U.S.C. § 503 and Fed.R.Bankr.P.Rules 9013, 9014, and 2002, and be filed no later than 28 days from the date of this Order.
   b. After determination of the last request, if any, for allowance of § 503(b) claims, the Trustee shall pay all fees imposed by statute and all allowed § 503(b) claims from the Debtors' payments and return any surplus to the Debtor(s) as soon as practicable.

BY THE COURT:

Dated:

_____  
United States Bankruptcy Judge