# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Sandra Rosemary Oldenburg, | ) Bankruptcy Case No. 23-13858-JGR |
| Lee Michael Oldenburg | ) |
| | ) |
| Debtor. | ) |

## LIMITED OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, Creditor Carlson Farms Homeowner's Association, a Colorado nonprofit corporation (the "Association") files its limited objection to the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments (Docket No. 95) and in support thereof states as follows:

1. Prior to this bankruptcy filing, on February 17, 2023, the Association filed a lawsuit against Sandra Oldenburg and her property management company alleging claims for breach of contract, demand for accounting, money had and received, conversion, civil theft, and fraud which is captioned Case Number 2023cv30125 ("State Court Matter"). The State Court Matter has subsequently been amended to include claims against John Bickerton who upon information and belief is the father of Mrs. Oldenburg.

2. The above captioned bankruptcy was filed on August 28, 2023.

3. Relief from the automatic stay was entered on December 20, 2023, to permit the State Court Matter to proceed.

4. The Association objected to confirmation and filed Adversary Proceeding Number 23-01258 JGR ("Adversary Proceeding"). The basis of the Associations objection to confirmation and the Adversary Proceeding stem from pre-bankruptcy conduct where Debtor Sandra Oldenburg, in her capacity as the manager of the Association, undertook actions consisting of fraud, civil theft, and or embezzlement of its funds.

5. On April 18, 2023, the Court stayed both confirmation and the Adversary Proceeding pending the outcome of the State Court Matter.

6. The Association and defendants, including Mrs. Oldenburg, have reached a settlement in the State Court Matter. Upon information and belief the parties have or shortly will execute a Memorandum of Understanding memorializing the key terms of the settlement with a more detailed settlement agreement forthcoming.

7. However, the Association wishes to resolve the Adversary Proceeding within the Bankruptcy Court and the State Court Matter at the same time within their respective cases.

8. The Association does not object to the dismissal of the underlying case so long as the Court retains jurisdiction to hear the Adversary Proceeding. *Johnson v. Smith (In re Johnson)*, 390 B.R. 414, 418 n.12 (B.A.P. 10th Cir. 2008)(bankruptcy court has discretion over whether to retain jurisdiction of an adversary proceeding; *See also Pierce v. Deutsche Bank Nat'l Tr. (In re Pierce)*, No. 19-59380-LRC, 2019 Bankr. LEXIS 2959, at *5 (Bankr. N.D. Ga. Sep. 25, 2019).

9. It is anticipated that the final settlement, including the Adversary Proceeding, will be completed within 60 days.

WHEREFORE, the Association request that the Court deny dismissal of the underlying case until the Adversary Proceeding is resolved, or permit dismissal of the underlying case and retain jurisdiction over the Adversary Proceeding and for such other relief as the Court deems appropriate.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Robertson B. Cohen*
Robertson B. Cohen, Esq. #35252
Cohen & Cohen, P.C.
1720 S. Bellaire St., Suite 205
Denver, CO 80222
Phone: (303) 933-4529
Fax: (866) 230-8268
rcohen@cohenlawyers.com

*Counsel for Carlson Farms HOA*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2024 copies of the foregoing were electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

David M. Serafin, Counsel for Debtor
Adam Goodman, Chapter 13 Trustee

*/s/    Robertson Cohen*
Robertson Cohen