## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: SANDRA ROSEMARY OLDENBURG  
LEE MICHAEL OLDENBURG  
Debtor(s)

Case No.: 23-13858 JGR

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ADAM M GOODMAN, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/28/2023.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 10/02/2024.
6) Number of months from filing or conversion to last payment: 12.
7) Number of months case was pending: 15.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 312,100.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $8,724.00 | |
| Less amount refunded to debtor: | $2,985.50 | |
| **NET RECEIPTS:** | | $5,738.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $5,738.50 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $.00 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,738.50 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | 3,993.50 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 2,482.05 | NA | NA | .00 | .00 |
| CANVAS CREDIT UNION | Secured | NA | 48,367.79 | .00 | .00 | .00 |
| CANVAS CREDIT UNION | Secured | NA | 88,661.33 | .00 | .00 | .00 |
| CAPITAL ONE | Unsecured | 2,650.88 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,510.19 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 625.84 | 625.84 | 625.84 | .00 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 512.60 | 512.60 | 512.60 | .00 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 9,697.72 | 9,697.72 | 9,697.72 | .00 | .00 |
| CARDMEMBER SERVICE | Unsecured | 10,845.17 | NA | NA | .00 | .00 |
| CARLSON FARMS HOMEOWNER'S ASS' | Unsecured | 100,000.00 | 1,200,000.00 | 1,200,000.00 | .00 | .00 |
| CHASE BANK USA, N.A. | Unsecured | 2,616.13 | 2,616.13 | 2,616.13 | .00 | .00 |
| CHASE BANK USA, N.A. | Unsecured | NA | 11,212.07 | 11,212.07 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: SANDRA ROSEMARY OLDENBURG  
      LEE MICHAEL OLDENBURG  
      Debtor(s)

Case No.: 23-13858 JGR

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIZENS BANK | Unsecured | NA | 3,199.96 | 3,199.96 | .00 | .00 |
| CITIZENS BANK NA | Unsecured | 21,199.97 | 21,199.97 | 21,199.97 | .00 | .00 |
| CITIZENS BANK NA | Unsecured | 3,906.25 | 3,906.25 | 3,906.25 | .00 | .00 |
| CLASS FOUR CREDITORS | Unsecured | NA | 3,647.00 | 3,647.00 | .00 | .00 |
| COLORADO DEPT OF REVENUE | Priority | NA | 1,088.00 | 1,088.00 | .00 | .00 |
| COLORADO DEPT OF REVENUE | Unsecured | NA | 75.00 | 75.00 | .00 | .00 |
| COMENITY BANK | Unsecured | 708.49 | NA | NA | .00 | .00 |
| CORTRUST BANK | Unsecured | 2,478.75 | NA | NA | .00 | .00 |
| IRS - U.S. TREASURY | Priority | 30,000.00 | 48,486.97 | 48,486.97 | .00 | .00 |
| IRS - U.S. TREASURY | Unsecured | NA | 4,554.86 | 4,554.86 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 4,324.11 | 4,324.11 | 4,324.11 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 8,412.01 | 8,412.01 | 8,412.01 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 2,296.40 | 2,435.74 | 2,435.74 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 892.21 | 892.21 | 892.21 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 12,059.00 | 12,059.78 | 12,059.78 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 119.57 | 119.57 | .00 | .00 |
| NORDSTROM CREDIT CARD | Unsecured | 2,464.90 | NA | NA | .00 | .00 |
| PNC BANK NA | Secured | NA | 7,203.05 | 7,203.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 21,906.40 | 21,944.24 | 21,944.24 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 1,172.19 | 1,072.19 | 1,072.19 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 295.96 | 295.96 | 295.96 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 2,634.79 | 2,597.07 | 2,597.07 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 3,277.41 | 3,277.41 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 3,904.85 | 3,904.85 | .00 | .00 |
| RIVER WEST PUD | Unsecured | NA | 200,000.00 | 200,000.00 | .00 | .00 |
| ROLLING HILLS RANCH PATIO II HOA | Unsecured | NA | 141,890.00 | 141,890.00 | .00 | .00 |
| WELLS FARGO BANK, N.A. | Unsecured | 5,824.73 | 5,949.77 | 5,949.77 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: SANDRA ROSEMARY OLDENBURG  
      LEE MICHAEL OLDENBURG  
      Debtor(s)

Case No.: 23-13858 JGR

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | Unsecured | NA | 4,025.49 | 4,025.49 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 7,203.00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 7,203.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 49,574.97 | .00 | .00 |
| **TOTAL PRIORITY:** | 49,574.97 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 1,674,447.80 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,738.50 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $5,738.50 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/26/2024        By: /s/ADAM M GOODMAN  
                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.